IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUPERT ORTEGA,

        Plaintiff,

v.          No. CV 20-1245 WJ/CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

### ORDER EXTENDING TIME TO ANSWER AND FILE ADMINISTRATRIVE RECORD

**THIS MATTER** is before the Court on Defendant Commissioner Andrew Saul's *Unopposed Motion for Leave to File Motion for Extension Out of Time* (the "Motion"), (Doc. 14), filed March 10, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Commissioner shall have until **May 10, 2021**, to file the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE