IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUPERT ORTEGA,

        Plaintiff,

v.                              No. CV 20-1245 WJ/CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on the Court's *Order to Show Cause* (the "Order"), (Doc. 9), filed March 3, 2021, and Plaintiff Rupert Ortega's *Motion Responding to Order to Show Cause with Supporting Memorandum* (the "Response"), (Doc. 15), filed March 11, 2021. The Court ordered Mr. Ortega to show cause why this case should not be dismissed for want of prosecution. (Doc. 9). In his Response, Mr. Ortega explains that he properly served the Commissioner on December 7, 2020. (Doc. 15). Further, the Court notes the Commissioner has since filed a motion requesting an extension of time answer the complaint and lodge the administrative record. *See* (Doc. 14). Therefore, the Court will quash its Order.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 9), filed March 3, 2021, is hereby **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE