IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUPERT ORTEGA,

           Plaintiff,

v.                                                           No. CV 20-1245 WJ/CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

           Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

**THIS MATTER** is before the Court on Defendant Commissioner Kilolo Kijakazi's *Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 28), filed September 13, 2021. In the Motion, the Commissioner explains that the office responsible for handling Social Security litigation in this District is currently experiencing a "significant . . . litigation workload[.]" *Id.* at 1. As a result, the Commissioner asks that the Court extend the deadlines for briefing Mr. Ortega's *Motion to Reverse and Remand for a Rehearing with Supporting Memorandum*, (Doc. 27). The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Commissioner shall file her response by **October 13, 2021**. Mr. Ortega shall file his reply by **October 27, 2021**.

**IT IS SO ORDERED**.

                                             THE HONORABLE CARMEN E. GARZA
                                             CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.